

# NUMBER 13-24-00357-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

LANCASTER FOODS, INC.,                                    Appellant,

v.

FALCON TRANSPORTATION, LLC,                              Appellee.

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 7
## OF HIDALGO COUNTY, TEXAS

# MEMORANDUM OPINION

### Before Chief Justice Contreras and Justices Benavides and Silva
### Memorandum Opinion by Justice Silva

This matter is before the Court on a joint motion to dismiss. It appears the parties have resolved this matter and agree to the dismissal of the appeal.

Having considered the joint motion to dismiss, we are of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, the joint motion to dismiss is granted, and the appeal is hereby dismissed. Pursuant to the motion and agreement,

costs will be taxed against the party incurring the same. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Because the appeal is dismissed at the parties' request, no motion for rehearing will be entertained.

CLARISSA SILVA
Justice

Delivered and filed on the
10th day of October, 2024.